FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 7 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02673-MSK-MJW

CHARLES FRANKLIN JONES, JR.,

    Plaintiff,

v.

BURGER KING CORPORATION,
ADAM DOE,
JARDEL ENTERPRISES, INC.,
BURGER KING CORPORATION STORE MO. 2771,
OCEDON II, LLC,
OCEDON III, LLC,
KENNETH DONAHUE,
RAMON OCEDON,
MARCIA DASILBA,
JANE DOE-1,
JANE DOE-2,
NEWSED, INC.,
ZOCALO ASSOCIATES,
ZOCALO RETAIL RLL. P,
PRIME MANAGEMENT, LLC,
KAY SHUNK,
E & H PROFESSIONAL SECURITY., INC.,
BILL HYMORE, and
MARY BESENET,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiffs leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain

a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

DATED this 6th day of February, 2008.

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02673-MSK-MJW

Charles F. Jones, Jr.
2740 High St.
Denver, CO 80205

US Marshal Service
Service Clerk
Service forms for: Burger King Corporation, Adam Doe, Jardel Enterprises, Inc., Burger King Corporation Store No. 2771, Ocedon II, LLC, Ocedon III, LLC, Kenneth Donahue, Ramon Ocedon, Marcia Dasilba, Newsed, Inc., Zocalo Associates, Zocalo Retail Rllp., Prime Management, Llc, Kay Shunk, E & H Professional Security., Inc.,
Bill Hymore, and Mary Besenet,

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Burger King Corporation, Adam Doe, Jardel Enterprises, Inc., Burger King Corporation Store No. 2771, Ocedon II, LLC, Ocedon III, LLC, Kenneth Donahue, Ramon Ocedon, Marcia Dasilba, Newsed, Inc., Zocalo Associates, Zocalo Retail Rllp.,
Prime Management, Llc, Kay Shunk, E & H Professional Security., Inc., Bill Hymore, and Mary Besenet: COMPLAINT FILED 12/26/07, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 2/7/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk